IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; MILLS PROPERTIES, LLC, d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 05-252 JJF

**ENTRY OF APPEARANCE**

**PLEASE ENTER** the appearance of Michael L. Sensor, Esquire as attorney for defendants **SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES** and **DANIEL WIDENER** to answer, object or otherwise plead in the above action.

The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon defendants, who specifically reserve all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

**PERRY & SENSOR**

By: /s/   Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No.  3541
    Suite 560, First Federal Plaza
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: May 23, 2005

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 23, 2005, he electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

                            **PERRY & SENSOR**

                   By: /s/    Michael L. Sensor
                        Michael L. Sensor, Esquire
                        Delaware Bar ID No. 3541
                        Suite 560, First Federal Plaza
                        P.O. Box 1568
                        Wilmington, DE 19899-1568
                        Telephone: (302) 655-4482
                        Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: May 23, 2005