IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and<br>ISA UPCHURCH, his wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICER EDWARD K. HESTER, in his official<br>and personal capacity, OFFICER TIMOTHY D.<br>MUTTER, in his official and personal capacity,<br>CITY OF DOVER, a political subdivision of Kent<br>County, Delaware, MILLS PROPERTIES, LLC,<br>d/b/a DOVER MALL, SMS HOLDINGS<br>CORPORATION d/b/a VALOR SECURITY<br>SERVICES, and DANIEL WIDENER,<br><br>    Defendant. | § § § § § § § § § § § § § § § § § § | C. A. No. 05-252<br><br>Jury Trial Demanded |

## WAIVER OF SERVICE OF SUMMONS

TO:    Victor F. Battaglia, Sr., Esquire
           Biggs and Battaglia
           921 North Orange Street
           Wilmington, DE 19801

    I, **DANIEL WIDENER**, acknowledge receipt of your request that I waive service of Summons in the action of **Robert Andrew Upchurch**, *et al.* v. **Officer Edward K. Hester**, *et al.* which is case number: 05-252 in the United States District Court for the District of Delaware.

    I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against the party on whose behalf I am acting if an Answer or Motion under Rule 12 is not served upon you within sixty (60) days after May 2, 2005.

_MAY 19, 2005_
Date

BY: _[signature]_
Defendant

Printed/Typed name: _DANIEL J. WIDENER_

As _Account Manager_ of _VALOR SECURITY SERVICES_
(Title)                                              (Corporate Defendant)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires that certain parties to cooperate in savings unnecessary costs of service of the Summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of Summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a Court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the Summons retains all defenses and objections (except any relating to the Summons or the service of the Summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a Response to the Complaint and must also file a signed copy of the Response with the Court. If the Answer or Motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the Summons had been actually served when the request for waiver of service was received.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2005, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for all parties:

**DOCUMENT:**

Waiver of Service of Summons of Defendant Daniel Widener

**RECIPIENT:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

                              **PERRY & SENSOR**

                              By:  /s/    Michael L. Sensor
                                    Michael L. Sensor, Esquire
                                    Delaware Bar ID No. 3541
                                    Suite 560, First Federal Plaza
                                    P.O. Box 1568
                                    Wilmington, DE 19899-1568
                                    Telephone: (302) 655-4482
                                    Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: June 9, 2005