**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; MILLS PROPERTIES, LLC, d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

C.A. No. 05-252 JJF

**ANSWER OF DEFENDANTS SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES AND DANIEL WIDENER TO CROSS-CLAIM FOR INDEMNIFICATION AND CONTRIBUTION OF DEFENDANTS EDWARD K. HESTER, TIMOTHY D. MUTTER, AND CITY OF DOVER**

Denied.

**WHEREFORE**, answering defendants demand judgment in their favor, together with costs taxed to plaintiffs and/or co-defendants.

**PERRY & SENSOR**

By: /s/    Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No.  3541
    Suite 560, First Federal Plaza
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2005, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Answer of Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener to Cross-Claim for Indemnification and Contribution of Defendants Edward K. Hester, Timothy D. Mutter, and City of Dover

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

                                            **PERRY & SENSOR**

                              By: /s/  Michael L. Sensor
                                    Michael L. Sensor, Esquire
                                    Delaware Bar ID No.  3541
                                    Suite 560, First Federal Plaza
                                    P.O. Box 1568
                                    Wilmington, DE 19899-1568
                                    Telephone: (302) 655-4482
                                    Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: July 8, 2005