AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

**SUMMONS IN A CIVIL CASE**

V.
OFFICER EDWARD K. HESTER, et al.,

CASE NUMBER:     05-252 JJF

TO: (Name and address of Defendant)
Mills Properties, LLC
c/o Harvard Business Services, Inc.
25 Greystone Manor
Lewes, DE 19958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor F. Battaglia, Esq.
BIGGS AND BATTAGLIA
921 N. Orange St.
PO Box 1489
Wilmington, DE 19899-1489

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

September 7, 2005

CLERK          DATE

_Evette Walker_ (signature)

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/8/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MILLS PROPERTIES, LLC C/O HARVARD BUSINESS SERVICES AT 256 GRAYSTONE MANOR LEWES, DE COPIES THEREOF WERE ACCEPTED BY BRETT MELSON

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/8/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.