## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, MILLS PROPERTIES, LLC, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER | * * * * * * * * * * * * * | C.A. NO. 05-252 |
| | * | MOTION to Dismiss |
| Defendants. | * * | |

**Motion To Dismiss, Time Limit of Service Rule 4(m)**

The defendant, as listed herein, Mills Properties, LLC moves the court as follows:

1. To dismiss the action against this Defendant as service of Summons and Complaint is not made upon Defendant within 120 days after the filing the Complaint. {Federal Rules of Civil Procedure, Rule 4. Summons (m) Time Limit for Service}.

Complaint filed April 28, 2005. (Attachment #1)

Summons served September 7, 2005. (Attachment #2)

Signed: _____

September 27, 2005
Ronald Collins, Member – pro se
Mills Properties, LLC
904-210-1805

Address:    c/o Harvard Business Services, Inc.
            25 Greystone Manor
            Lewes, DE 19958

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of September, 2005, that a copy of the foregoing MOTION TO DISMISS was mailed via first class mail, postage prepaid to Victor F. Battaglia, Esq., Biggs and Battaglia, 921 N. Orange Street, Wilmington, DE 19899-1489, attorney for Plaintiff.

_____

Ronald Collins, Member - pro se
Mills Properties, LLC

#1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

2005 APR 28   PM 3: 52

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and<br>ISA UPCHURCH, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER EDWARD K. HESTER, in his official<br>and personal capacity, OFFICER TIMOTHY D.<br>MUTTER, in his official and personal capacity,<br>CITY OF DOVER, a political subdivision of Kent<br>County, Delaware, MILLS PROPERTIES, LLC,<br>d/b/a DOVER MALL, SMS HOLDINGS<br>CORPORATION d/b/a VALOR SECURITY<br>SERVICES, and DANIEL WIDENER,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>C. A. No.<br><br>Jury Trial Demanded |

## COMPLAINT

This Court has original jurisdiction over this matter that is brought to redress the deprivation of rights, privileges and immunities secured by the Constitution and laws of the United States pursuant to 28 U.S.C. § 1331 and §1343. The federal issues involved arise under 42 U.S.C. § 1983. This Court has supplemental jurisdiction over all other claims asserted herein in that are related to those issues over which original jurisdiction over all other claims asserted herein in that they are related to those issues over which original jurisdiction is conferred and are part of the same controversy, pursuant to 28 U.S.C. §1367(a).

## PARTIES

1.    Plaintiffs, Robert Andrew Upchurch ("Mr. Upchurch") and Isa Upchurch, his wife, ("Mrs. Upchurch") are citizens of the State of Delaware. Their address is 504 Plaindealing Road, Magnolia, Delaware 19962.

#2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

## SUMMONS IN A CIVIL CASE

V.

OFFICER EDWARD K. HESTER, et al.,

CASE NUMBER:    05-252  JJF

TO: (Name and address of Defendant)
Mills Properties, LLC
c/o Harvard Business Services, Inc.
25 Greystone Manor
Lewes, DE 19958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor F. Battaglia, Esq.
BIGGS AND BATTAGLIA
921 N. Orange St.
PO Box 1489
Wilmington, DE 19899-1489

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    September 7, 2005

CLERK                                              DATE

Evette Walton

(By) DEPUTY CLERK