IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH and    :
ISA UPCHURCH, his wife,       :
                              :
         Plaintiffs,          :
                              :
    v.                        :    Civil Action No. 05-252-JJF
                              :
OFFICER EDWARD K. HESTER, in  :
his official and personal     :
capacity, OFFICER TIMOTHY D.  :
MUTTER, in his official and   :
personal capacity, CITY OF    :
DOVER, a political            :
subdivision of Kent County,   :
Delaware, MILLS PROPERTIES,   :
LLC d/b/a Dover Mall, SMS     :
HOLDINGS CORPORATION d/b/a    :
Valor Security Services, and  :
DANIEL WIDENER,               :
                              :
         Defendants.          :

## ORDER

WHEREAS, Defendant, Mills Properties LLC d/b/a Dover Mall has filed a Motion to Dismiss (D.I. 9);

WHEREAS, Defendant is represented by a member of the LLC who is not a licensed attorney;

WHEREAS, a corporation must be represented in court by a licensed attorney (see Rowland v. California Men's Colony, Unit II Mens' Advisory, 506 U.S. 194, 201-02 (1993));

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss (D.I. 9) is **DENIED with leave to renew** once Defendant, Mills Properties LLC d/b/a Dover Mall obtains counsel;

2.  The Defendant, Mills Properties LLC d/b/a Dover Mall shall obtain counsel by **October 28, 2005**. Defendant's failure to timely obtain counsel and answer or respond to Plaintiff's Complaint will constitute a default, and upon motion of Plaintiffs the Court will enter judgment in accordance with Fed. R. Civ. P. 55.

October 3, 2005

_____
UNITED STATES DISTRICT JUDGE