IN THE UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, MILLS PROPERTIES, LLC, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

## STIPULATION

The parties by their undersigned counsel hereby stipulate and a agree that the Complaint be amended as attached.

BIGGS AND BATTAGLIA

_____
Victor F. Battaglia (ID #156)
Philip B. Bartoshesky (ID#2056)
921 Orange Street
PO Box 1589
Wilmington, DE 19899-1489
(302) 655-9677
Attorneys for Plaintiffs.

Dated: Sept 30, 2005

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

_____
Daniel A. Griffith (ID #4209)
1220 N. Market Street, 5th Fl
PO Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants
Hester, Mutter and City of Dover

Dated: 10/4/05

PERRY & SENSOR

_____
Michael L. Sensor (ID #3541)
First Federal Plaza, Suite 560
PO Box 1568
Wilmington, DE 19899-1568
(302) 655-4482
Attorney for Defendant Widener

Dated: 10/7/05