# BIGGS AND BATTAGLIA

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

October 13, 2005

Clerk of the Court
United States District Court
844 King St.
Wilmington, DE 19801

  Re: Upchurch, et al. v. Hester, et al.
     United States District Court – Delaware
     C.A. No. 05-252 JJF

Dear Clerk:

  As originally filed a named Defendant in this action was Mills Properties, LLC d/b/a Dover Mall. On September 28, 2005 that Defendant filed a pro se Motion to Dismiss.

  Since that time we have filed an Amended Complaint removing Mills Properties, LLC as a Defendant and bringing the Amended Complaint against The Mills Properties, Inc. d/b/a Dover Mall.

  If there is anything further we need to do to ensure that Mills Properties, LLC is no longer considered a Defendant please let us know.

          Very truly yours,

          Victor F. Battaglia

VFB:pll
cc: Daniel A. Griffith, Esq.
   Michael L. Sensor, Esq.
   Scott G. Wilcox, Esq.