# United States District Court

### DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

V.

OFFICER EDWARD K. HESTER, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-252 JJF

TO: (Name and address of defendant)
The Mills Corporation
c/o Register Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Victor F. Battaglia, Esquire
Biggs and Battaglia
921 N. Orange St.
PO Box 1489
Wilmington, DE 19899-1489

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(BY) DEPUTY CLERK

DATE   NOV 1 5 2005

AO 440 (Rev. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE November 15, 2005 |
| NAME OF SERVER (PRINT) Robert E. Carey | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Corporation Trust Company 1209 Orange Street, Wilmington, DE 19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/05
       Date

Signature of Server

Address of Server: 921 N. Orange St., Wilm, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.