**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
Writer's e-mail: VictorSr@batlaw.com

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

December 21, 2005

**Via Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

    RE:    *Upchurch v. Hester, et al.*
             C.A. Number: 05-252 – Scheduling Order

Dear Judge Farnan:

    Enclosed please find a proposed Scheduling Order for the captioned case. All of the parties have agreed to the dates in the Proposed Order.

    Respectfully submitted,

    /s/ Victor F. Battaglia (ID# 156)

    Victor F. Battaglia

VFB/fkb
Enclosure
Cc:    Daniel A. Griffith, Esquire, *via electronic filing*
        Michael L. Sensor, Esquire, *via electronic filing*
        Jay E. Kagan, Esquire, *via electronic mail*