IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, : : : Plaintiffs, : : v. : : OFFICER EDWARD K. HESTER, in : his official and personal : capacity, OFFICER TIMOTHY D. : MUTTER, in his official and : personal capacity, CITY OF : DOVER, a political : subdivision of Kent County, : Delaware, MILLS PROPERTIES, : LLC d/b/a Dover Mall, SMS : HOLDINGS CORPORATION d/b/a : Valor Security Services, and : DANIEL WIDENER, : : Defendants. : | Civil Action No. 05-252-JJF |

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

    Plaintiffs,

  v.                              Civil Action No. 05-252-JJF

OFFICER EDWARD K. HESTER, in
his official and personal
capacity, OFFICER TIMOTHY D.
MUTTER, in his official and
personal capacity, CITY OF
DOVER, a political
subdivision of Kent County,
Delaware, MILLS PROPERTIES,
LLC d/b/a Dover Mall, SMS
HOLDINGS CORPORATION d/b/a
Valor Security Services, and
DANIEL WIDENER,

    Defendants.

## ORDER

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on December 22, 2005, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, January 11, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

January 5, 2006

_____
UNITED STATES DISTRICT JUDGE