IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

                    Plaintiffs,

v.

OFFICER EDWARD K. HESTER, in his official
and personal capacity, OFFICER TIMOTHY D.
MUTTER, in his official and personal capacity,
CITY OF DOVER, a political subdivision of Kent
County, Delaware, THE MILLS CORPORATION,
d/b/a DOVER MALL, SMS HOLDINGS
CORPORATION d/b/a VALOR SECURITY
SERVICES, and DANIEL WIDENER,

                    Defendants.

C.A. No. 05-252

## MOTION TO DISMISS

Defendant, Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall" (hereinafter referred to as "Dover Mall"), through its attorneys, Dilworth Paxson LLP, hereby moves, pursuant to F.R.C.P. 12(b)(6), to dismiss Counts IV (claim under 42 U.S.C. § 1983), VI (Delaware state law battery claim), VII (Delaware state law unlawful and false arrest claim), VIII (Delaware state law intentional infliction of emotional distress claim), and X (Delaware state law claim for loss of consortium of Mrs. Upchurch) of Plaintiffs' First Amended Complaint, for failure to state claims upon which relief may be granted.

632074_1

In support of said Motion, Dover Mall incorporates by reference the attached Memorandum of Law as though set forth in full herein.

Respectfully submitted,

BY: *Peter C Hughes*
Peter C. Hughes, Esquire (DE No. 4180)
DILWORTH PAXSON LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
Tel: 302-571-9800
Fax: 302-571-8875

Jay E. Kagan, Esquire
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Tel: 215-575-7354
Fax: 215-575-7200

Attorneys for Defendant Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall"

Dated: January 13, 2006

632074_1                                         2