## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, Dover Mall Limited Partnership's MOTION TO DISMISS and supporting MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS has been forwarded to all counsel on this 13th day of January 2006, via the District Court's electronic filing system and by United States Mail, postage prepaid.

Victor F. Battaglia, Sr.
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
**ATTORNEY FOR PLAINTIFFS**

Daniel A. Griffith
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
**ATTORNEY FOR DEFENDANTS CITY OF DOVER,
OFFICER EDWARD K. HESTER, AND OFFICER
TIMOTHY D. MUTTER**

Michael L. Sensor
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899
**ATTORNEY FOR DEFENDANTS SMS HOLDINGS
CORPORATION AND DANIEL WIDENER**

*/s/ Peter C. Hughes*
Peter C. Hughes, Esquire (DE No. 4180)
Jay E. Kagan, Esquire

632074_1