IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>   Plaintiffs,<br><br>   v.<br><br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br><br>   Defendants. | C.A. No. 05-252 |

**ORDER**

**AND NOW** this _____ day of January 2006, upon consideration of Defendant, Dover Mall Limited Partnership's Motion to Dismiss Counts IV, VI, VII, VIII, and X of Plaintiffs' First Amended Complaint, IT IS HEREBY ORDERED that such motion is GRANTED.

_____
J.

632074_1