IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br>　　　　　　　　　　　　Defendants. | C.A. No. 05-252 |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jay E. Kagan, Esq. to represent Defendant Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall", in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_/s/ Peter C. Hughes_
　　　　　　　　　　　　　　　　　　　Peter C. Hughes, Esq.
　　　　　　　　　　　　　　　　　　　Delaware ID. No. 4180
　　　　　　　　　　　　　　　　　　　**DILWORTH PAXSON LLP**
　　　　　　　　　　　　　　　　　　　First Federal Plaza
　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Tel: 302-571-9800
Dated: 1/17/06　　　　　　　　　　　 Fax: 302-571-8875

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall"

631621_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　　v.<br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br>　　　　　　　　　　　Defendants. | C.A. No. 05-252 |

### ORDER

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Jay E. Kagan in the above matter is GRANTED.

_____
United States District Judge

Date: _____

631621_1