## CERTIFICATE OF SERVICE

I, Peter C. Hughes, Esquire, do hereby certify that on January 18, 2006 I served copies of the foregoing Motion and Order for Admission Pro Hac Vice of Jay E. Kagan and Certification by Counsel to Be Admitted Pro Hac Vice via the District Court's electronic filing system and via First Class Mail upon the following parties:

Victor F. Battaglia, Sr.
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
**ATTORNEY FOR PLAINTIFFS**

Daniel A. Griffith
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
**ATTORNEY FOR DEFENDANTS CITY OF DOVER, OFFICER EDWARD K. HESTER, AND OFFICER TIMOTHY D. MUTTER**

Michael L. Sensor
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899
**ATTORNEY FOR DEFENDANTS SMS HOLDINGS CORPORATION AND DANIEL WIDENER**

_____
Peter C. Hughes, Esquire

632088_1