# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

C.A. No. 05-252 JJF

## JOINDER OF DEFENDANTS SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES AND DANIEL WIDENER TO DEFENDANT DOVER MALL LIMITED PARTNERSHIP'S MOTION TO DISMISS

**NOW COME** defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener, by and through counsel, and hereby joins in the Motion to Dismiss of defendant Dover Mall Limited Partnership (improperly designated as "The Mills Corporation, d/b/a Dover Mall"), filed on January 13, 2006. With respect to said grounds for dismissal, defendants Valor Security Services and Daniel Widener adopt and join in the arguments set forth in said Motion and the Memorandum of Law in support thereof, and incorporate them herein by reference.

**PERRY & SENSOR**

By:   /s/ Michael L. Sensor
     Michael L. Sensor, Esquire
     Delaware Bar ID No. 3541
     Suite 560, First Federal Plaza
     P.O. Box 1568
     Wilmington, DE 19899-1568
     Telephone: (302) 655-4482
     Attorney for Defendants Valor Security
Dated: January 20, 2006     Services and Daniel Widener

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for all parties:

**DOCUMENT:**

Joinder of Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener to Defendant Dover Mall Limited Partnership's Motion To Dismiss

**RECIPIENT:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE 19899-0130

Peter C. Hughes, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

                                                **PERRY & SENSOR**

By: /s/   Michael L. Sensor
     Michael L. Sensor, Esquire
     Delaware Bar ID No. 3541
     Suite 560, First Federal Plaza
     P.O. Box 1568
     Wilmington, DE 19899-1568
     Telephone: (302) 655-4482
     Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: January 20, 2006