IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1), Plaintiffs submit these initial disclosures based on information reasonably available at the current time. Plaintiffs reserve the right to supplement these disclosures if, and when, further information becomes available.

1. **Name of individuals likely to have discoverable information and the subjects of the information:**

   a. Plaintiffs

   b. Individually named Defendants

   c. Mayor and Council of the City of Dover

   d. Dover Police Officer Brian F. Gedney

   e. Other police officers of the City of Dover – names unknown

   f. Gregory R. Babowal, Deputy Attorney General – prosecutor of charges brought against Plaintiff in the Court of Common Pleas

    g. Jeff Frock, St. Paul Mercury Insurance Company, P.O. Box 13576, Baltimore, MD 21298 – representative of insurance carrier for City of Dover

    h. Juliette V. Tomax, Claims Specialist, Ward Strategic Claims Solutions – representative of Carrier for Dover Mall

    i. Kathy Weaver – manager of Strawbridges

    j. Other Strawbridges employees and customers of Strawbridges – names unknown

    k. Dr. Glenn Rowe and other health care providers in Dr. Rowe's office, 742B South Governor's Avenue, Dover, De 19904

    l. Dr. Brian John Horn, D.O., 230 Beiser Blvd., Dover, DE – Southside Family Practice

    m. Plaintiff has seen a number of other health care practitioners for his back, shoulder and knee injuries over the years, including, but not limited to, John Hogan, M.D.; John Townsend, M.D.; Eugene Godfrey, M.D. These and other healthcare providers including physical therapist are referred to in the medical records of either Dr. Rowe and/or Dr. Horn.

 Persons identified in (a) through (j) above have direct or indirect knowledge of the Plaintiff's arrest and detention. Persons identified in (k) through (m) have knowledge of Plaintiff's medical condition.

  **2.** **Description of documents in custody or control of Plaintiffs that they may use to support their claims.**

    a. Transcript of the May 8, 2004 trial of in the Court of Common Pleas in Kent County in <u>State v. Upchurch,</u> case number: 04-03016114.

    b. Court of Common Pleas

    c. Justice of the Peace Summons

    d. Justice of the Peace Complaint/Warrant and Affidavit of Officer Gedney

    e. Receipt from Dover Mall establishment known as "Motherhood" of March 19, 2004

    f. Medical records and bills from Dr. Rowe's office

  g. Transcripts of deposition testimony of Dr. Eugene Godfrey, September 13, 2000 and of Dr. John B. Townsend of September 26, 2000 regarding the Industrial Accident Board proceeding, IAB# 1049037

  3. **Calculation of Damages:**

Plaintiffs' damages claim will be based primarily on his pain and suffering due to the incidents occurring March 19, 2004. Plaintiff will also make a claim for medical expenses incurred in the past and anticipated to be incurred into the future.

Plaintiff has had a modest loss of income claim based upon his working some small carpentry jobs and selling sheds through a temporary agency prior to March of 2004. He can no longer undertake these jobs because of the shoulder pain.

Plaintiff recently has been told by Dr. Rowe's office his shoulder condition is deteriorating and will likely need extensive surgical procedure in the future which could possibly affect his future earning potentials.

  4. **Insurance coverage for claims alleged:**

Plaintiffs' counsel has received correspondence from insurance representatives for the City of Dover and for the Dover Mall (see list of individuals above). Plaintiff is unaware of the type or extent of the coverage which may be applicable.

              BIGGS & BATTAGLIA
              /s Philip B. Bartoshesky
              Philip B. Bartoshesky (#2056)
              912 N. Orange Street
              P.O. Box 1489
              Wilmington, DE 19899
              (302) 655-9677
              Attorney for Plaintiff

Dated: January 27, 2006

## CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, do hereby certify that on January 27, 2006, I electronically filed a true and correct copy of the foregoing **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** was e-filed and forwarded via electronic filing to the following:

Daniel A. Griffith, Esquire
Marshall Dennehy Warner Coleman & Goggin
1220 North Market Street, Suite 500
Wilmington, DE 19801
*Attorney for Defendants City of Dover, Hester and Mutter*

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19801
*Attorney for Defendants SMS Holdings, Corp. and Widener*

Peter C. Hughes, Esquire
Dilworth Paxon, LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
*Attorney for Defendant Dover Mall L.P.*

**BIGGS & BATTAGLIA**
/s Philip B. Bartoshesky
Philip B. Bartoshesky (#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Plaintiff