## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | )<br>)<br>)    C.A. No. 05-252 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF RECORDS DEPOSITION

TO:  Victor F. Battaglia, Sr., Esquire  
      Biggs & Battaglia  
      921 North Orange Street  
      P. O. Box 1489  
      Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire  
Marshall, Dennehey, Warner, Coleman & Goggin  
1220 North Market Street, 5th Floor  
P. O. Box 8888  
Wilmington DE 19899-0130

Jay E. Kagan, Esquire  
Dilworth Paxson, LLP  
3200 Mellon Bank Center  
1735 Market Street  
Philadelphia PA 19103-7595

    **PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of the following in the offices of the undersigned on February 21, 2006 at 10:00 a.m.:

Harleysville Insurance Company
c/o Delaware Insurance Commissioner
841 Silver Lake Blvd.
Dover, DE   19901

**PERRY & SENSOR**

By: /s/   Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No.  3541
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Defendants SMS
Holdings Corporation d/b/a Valor
Security Services and Daniel Widener

Dated: February 2, 2006

**SUPOENA DUCES TECUM**:  Deponent is to bring any and all documents regarding Plaintiff, Robert A. Upchurch.
**NOTE:**  Deponent's appearance is waived if documents are produced in the OFFICES of PERRY & SENSOR on or before February 21, 2006.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Records Deposition

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

                                                **PERRY & SENSOR**

                                      By: /s/ Michael L. Sensor
                                             Michael L. Sensor, Esquire
                                             Delaware Bar ID No. 3541
                                             Suite 560, First Federal Plaza
                                             P.O. Box 1568
                                             Wilmington, DE 19899-1568
                                             Telephone: (302) 655-4482
                                             Attorney for Defendants SMS
                                             Holdings Corporation d/b/a Valor
                                             Security Services and Daniel Widener

Dated: February 2, 2006