# United States District Court
## FOR THE DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH, et al.

V.

OFFICER EDWARD K. HESTER, in his official
and personal capacity, et al.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 05-252 JJF

TO: Harleysville Insurance Company
c/o Delaware Insurance Commissioner
841 Silver Lake Blvd.
Dover, DE 19901

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

Any and all records in your possession, custody and control concerning a worker's compensation claim brought by Robert A. Upchurch (DOB: 4/9/60, SSN: 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) against Howard Joseph, Inc.,/Portable Buildings which occurred on or about January 20, 1995 including but not limited to medical records, video tapes, statements, and other non-privileged materials.

| PLACE | DATE AND TIME |
|---|---|
| Michael L. Sensor, Esquire<br>Perry & Sensor<br>P. O. Box 1568<br>Wilmington, DE 19899 | February 21, 2006 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE
*[signature]* Atty. for D Widener & SMS    1/31/06

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MICHAEL L. SENSOR, ESQUIRE, P. O. BOX 1568, WILMINGTON, DE 19899, (302)655-4482, ATTY FOR DEFENDANTS SMS HOLDINGS & DANIEL WIDENER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

SUBPOENA.USD

AO 88 (11/91) Subpoena in a Civil Case

| | PROOF OF SERVICE | |
|---|---|---|
| SERVED | DATE February 1, 2006 (2:45 P.M.) | PLACE Delaware Dept. of Insurance 841 Silver Lake Boulevard Dover, Delaware 19901 |
| SERVED ON (PRINT NAME) Elizabeth Riddick for the Delaware Insurance Commissioner | MANNER OF SERVICE by delivering a copy thereof to a person of suitable age and discretion then employed therein (on behalf of Harleysvill Insurance Company) | |
| SERVED BY (PRINT NAME) Jeffrey L. Butler | TITLE process server | |

### DELCARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information con-tained in the Proof of Service is true and correct.

Executed on _____February 1, 2006_____

DATE

ADDRESSS OF SERVER

SIGNATURE OF SERVER

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 322-9897

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party servicing the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production

shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
 (i) fails to allow reasonable time for compliance
 (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(b)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
 (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
 (iv) subjects a person to undue burden.

(B) If a subpoena
 (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
 (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
 (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-252 JJF |
| Defendants. | ) |

**NOTICE OF RECORDS DEPOSITION**

TO:  Victor F. Battaglia, Sr., Esquire  
Biggs & Battaglia  
921 North Orange Street  
P. O. Box 1489  
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire  
Marshall, Dennehey, Warner, Coleman & Goggin  
1220 North Market Street, 5th Floor  
P. O. Box 8888  
Wilmington DE 19899-0130

Jay E. Kagan, Esquire  
Dilworth Paxson, LLP  
3200 Mellon Bank Center  
1735 Market Street  
Philadelphia PA 19103-7595

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of the following in the offices of the undersigned on February 21, 2006 at 10:00 a.m.:

Harleysville Insurance Company
c/o Delaware Insurance Commissioner
841 Silver Lake Blvd.
Dover, DE   19901

          **PERRY & SENSOR**

        By:  /s/    Michael L. Sensor
          Michael L. Sensor, Esquire
          Delaware Bar ID No.  3541
          Suite 560, First Federal Plaza
          P.O. Box 1568
          Wilmington, DE 19899-1568
          Telephone: (302) 655-4482
          Attorney for Defendants SMS
          Holdings Corporation d/b/a Valor
          Security Services and Daniel Widener

Dated: February 2, 2006

**SUPOENA DUCES TECUM**:  Deponent is to bring any and all documents regarding Plaintiff, Robert A. Upchurch.
**NOTE:**  Deponent's appearance is waived if documents are produced in the OFFICES of PERRY & SENSOR on or before February 21, 2006.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Return of Service as to Subpoena Directed to Harleysville Insurance Company

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

**PERRY & SENSOR**

By: /s/   Michael L. Sensor
   Michael L. Sensor, Esquire
   Delaware Bar ID No.  3541
   Suite 560, First Federal Plaza
   P.O. Box 1568
   Wilmington, DE 19899-1568
   Telephone: (302) 655-4482
   Attorney for Defendants SMS
   Holdings Corporation d/b/a Valor
   Security Services and Daniel Widener

Dated: February 2, 2006