## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-252 (JJF)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF RECORDS DEPOSITION

TO:  Victor F. Battaglia, Sr., Esquire      Daniel A. Griffith, Esquire
     Biggs & Battaglia                       Marshall, Dennehey, Warner, Coleman & Goggin
     921 North Orange Street                 1220 North Market Street, 5th Floor
     P. O. Box 1489                          P. O. Box 8888
     Wilmington, DE 19899-1489               Wilmington DE 19899-0130

     Jay E. Kagan, Esquire
     Dilworth Paxson, LLP
     3200 Mellon Bank Center
     1735 Market Street
     Philadelphia PA 19103-7595

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of the following in the offices of the undersigned on March 6, 2006 at 10:00 a.m.:

> Custodian of Records
> Delaware Department of Labor, Office of Labor Law Enforcement
> 4425 N. Market Street
> Wilmington, DE 19802

> Custodian of Records
> Caesar Rodney School District
> 219 Old North Road
> Wyoming, DE 19934

**DUCES TECUM**: Deponents are to bring any and all documents in their possession, custody, or control relating in any manner whatsoever to an unlawful employment practice claim filed by one ROBERT A. UPCHURCH in or about the year 2001 against the Caesar Rodney School District and/or Eagle Transportation. NOTE: Deponent's personal appearance is waived if the requested documents are produced on or before the date of the deposition.

> Custodian of Records
> Eagle Transportation Services
> 77 McCullough Drive, Suite 5
> New Castle, DE 19720

**DUCES TECUM**: Deponent is to bring any and all documents, writings, or other things in its possession, custody, or control relating in any manner whatsoever to one ROBERT A. UPCHURCH, including, but not limited to, the entire employment file of Mr. Upchurch as well as any and all documents in its possession, custody, or control relating in any manner whatsoever to an unlawful employment practice claim filed by Mr. Upchurch in or about the year 2001 against the Caesar Rodney School District and/or Eagle Transportation. NOTE: Deponent's personal appearance is waived if the requested documents are produced on or before the date of the deposition.

> **PERRY & SENSOR**
>
> By: /s/  Michael L. Sensor
> Michael L. Sensor, Esquire
> Delaware Bar ID No. 3541
> Suite 560, First Federal Plaza
> P.O. Box 1568
> Wilmington, DE 19899-1568
> Telephone: (302) 655-4482
> Attorney for Defendants SMS Holdings
> Corporation d/b/a Valor Security Services
> and Daniel Widener

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 17, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Records Deposition

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

              PERRY & SENSOR

         By: /s/ Michael L. Sensor
            Michael L. Sensor, Esquire
            Delaware Bar ID No. 3541
            Suite 560, First Federal Plaza
            P.O. Box 1568
            Wilmington, DE 19899-1568
            Telephone: (302) 655-4482
            Attorney for Defendants SMS Holdings
            Corporation d/b/a Valor Security Services
            and Daniel Widener

Dated: February 17, 2006