IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 05-252 (JJF)

## NOTICE OF RECORDS DEPOSITION

TO:  Victor F. Battaglia, Sr., Esquire      Daniel A. Griffith, Esquire
Biggs & Battaglia                               Marshall, Dennehey, Warner, Coleman & Goggin
921 North Orange Street                    1220 North Market Street, 5th Floor
P. O. Box 1489                                    P. O. Box 8888
Wilmington, DE 19899-1489             Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of the following in the offices of the undersigned on March 13, 2006 at 10:00 a.m.:

Custodian of Records
Portable Buildings, Inc.
3235 Bay Road
Milford, DE 19963


**DUCES TECUM**: Deponent is to bring any and all documents, writings, or other things in its possession, custody, or control relating in any manner whatsoever to one ROBERT A. UPCHURCH, including, but not limited to, the entire employment file of Mr. Upchurch as well as any and all documents in its possession, custody, or control relating in any manner whatsoever to a worker's compensation claim brought by Mr. Upchurch arising out of an accident on or about January 20, 1995. NOTE: Deponent's personal appearance is waived if the requested documents are produced on or before the date below.

**PERRY & SENSOR**

By: /s/   Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No. 3541
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Defendants SMS Holdings
Corporation d/b/a Valor Security Services
and Daniel Widener

Dated: February 20, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Records Deposition

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

                                                **PERRY & SENSOR**

                                  By:  /s/    Michael L. Sensor
                                        Michael L. Sensor, Esquire
                                        Delaware Bar ID No.  3541
                                        Suite 560, First Federal Plaza
                                        P.O. Box 1568
                                        Wilmington, DE 19899-1568
                                        Telephone: (302) 655-4482
                                        Attorney for Defendants SMS Holdings
                                        Corporation d/b/a Valor Security Services
                                        and Daniel Widener

Dated: February 20, 2006