IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, §§§ | |
| Plaintiffs, § | |
| § | C. A. No. 05-252 JJF |
| v. § | |
| § | **Jury Trial Demanded** |
| OFFICER EDWARD K. HESTER, *et al.* § | |
| Defendant. §§§ | |

## NOTICE OF SERVICE

I, Philip B. Bartoshesky, do hereby certify that on March 21, 2006, one true and correct copy of **PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT THE MILLS PROPERTIES d/b/a DOVER MALL** was forwarded via hand delivery to the following:

Daniel A. Griffith, Esquire
Marshall Dennehy Warner Coleman & Goggin
1220 North Market Street, Suite 500
Wilmington, DE 19801
*Attorney for Defendants City of Dover, Hester and Mutter*

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19801
*Attorney for Defendants SMS Holdings, Corp. and Widener*

Peter C. Hughes, Esquire
Dilworth Paxon, LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
*Attorney for Defendant Dover Mall L.P.*

BIGGS & BATTAGLIA
/s Philip B. Bartoshesky
Philip B. Bartoshesky (#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiff