# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-252 (JJF) |
| Defendants. | ) |

## **NOTICE OF DEPOSITION**

TO: Victor F. Battaglia, Sr., Esquire   Daniel A. Griffith, Esquire
      Biggs & Battaglia   Marshall, Dennehey, Warner, Coleman & Goggin
      921 North Orange Street   1220 North Market Street, 5th Floor
      P. O. Box 1489   P. O. Box 8888
      Wilmington, DE 19899-1489   Wilmington DE 19899-0130

      Jay E. Kagan, Esquire
      Dilworth Paxson, LLP
      3200 Mellon Bank Center
      1735 Market Street
      Philadelphia PA 19103-7595

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following in the offices of the undersigned on May 15, 2006 starting at 10:00 a.m.:

    10:00 a.m.    Robert Andrew Upchurch

    1:00 p.m.    Isa Upchurch

**PERRY & SENSOR**

By: /s/ Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No. 3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener

Dated: April 5, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Deposition of Robert Andrew Upchurch and Isa Upchurch

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

                                                                                  **PERRY & SENSOR**

                                                              By: /s/   Michael L. Sensor
                                                                       Michael L. Sensor, Esquire
                                                                       Delaware Bar ID No.  3541
                                                                       One Customs House, Suite 560
                                                                       P.O. Box 1568
                                                                       Wilmington, DE 19899-1568
                                                                       Telephone: (302) 655-4482
                                                                       Attorney for Defendants SMS Holdings
                                                                       Corporation d/b/a Valor Security Services
                                                                       and Daniel Widener

Dated: April 5, 2006

cc:    TSG Reporting – via fax to 1-212-207-3311