IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and<br>ISA UPCHURCH, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER EDWARD K. HESTER, in his official<br>and personal capacity, OFFICER TIMOTHY D.<br>MUTTER, in his official and personal capacity,<br>CITY OF DOVER, a political subdivision of Kent<br>County, Delaware, THE MILLS CORPORATION,<br>d/b/a DOVER MALL, SMS HOLDINGS<br>CORPORATION d/b/a VALOR SECURITY<br>SERVICES, and DANIEL WIDENER,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. No. 05-252 JJF<br><br><br>Jury Trial Demanded |

## STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

Counsel for Plaintiffs certifies the following attempts were made to resolve this dispute prior to Plaintiffs filing the attached Motion to Compel:

1.      On May 8, 2006, Plaintiffs' counsel wrote to all Defendants' counsel indicating that the Defendants responses to Plaintiffs' discovery requests were more than two weeks overdue. (copy of letter attached)

2.      Plaintiffs received a response by e-mail from Michael L. Sensor, Esquire, counsel for Defendants SMS Holdings/Valor Security and Mr. Widener indicating those Defendants would provide responses to discovery requests on or before May 17, 2006.

3.      Plaintiffs' counsel responded to Mr. Sensor's e-mail with a copy to counsel for other Defendants indicating that if Plaintiff did not receive discovery responses by May 17, 2006 from all Defendants, Plaintiffs would pursue Motions to Compel and request sanctions.

Thereafter, counsel for Defendants Hester, Mutter and the City of Dover indicated by e-mail of

May 11, 2006, those Defendants would be responding to Plaintiffs' discovery requests. (*See*

attached print-out of e-mail messages.) The Mills Corporation d/b/a the Dover Mall has not

responded to Plaintiffs' communications.

      4.     As of May 19, 2006, Plaintiffs have received responses to their discovery requests

only from Defendants SMS Holdings/Valor Security and Mr. Widener.

                         **BIGGS AND BATTAGLIA**

                         /s/ Philip B. Bartoshesky (#2056)
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiffs