IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § § | <u>Jury Trial Demanded</u> |
| Defendant. | § | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS
THE MILLS CORPORATION d/b/a DOVER MALL TO RESPOND TO
<u>PLAINTIFFS' DISCOVERY REQUEST AND FOR SANCTIONS</u>**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 37 and local District Court Rule 37.1 move to compel Defendants the Mills Corporation d/b/a Dover Mall (hereafter "the Mall Defendants") to reply to Plaintiffs' Requests for Discovery, and for Sanctions. In support of this Motion is the following:

1.  Plaintiffs on March 21, 2006 served all Defendants with Interrogatories and Request for Production (copies of Interrogatories and Requests for Production to the Mall Defendants attached).

2.  As of May 8, 2006, none of the Defendants had responded to Plaintiffs' discovery requests or requested an extension of time to respond.

3.	After an exchange of correspondence, Plaintiffs informed Defendants that if discovery responses had not been received by May 17, 2006, Plaintiffs would pursue a Motion to Compel and request sanctions.  (*See* Statement of Counsel attached.)

4.	As of May 19, 2006, Plaintiffs had received responses to discovery only from Defendant SMS Holdings Corporation and Daniel Widener.

WHEREFORE, Plaintiffs request the Court enter an Order compelling the Mall to serve responses to Plaintiffs' discovery requests by June 2, 2006; and to award Plaintiffs counsel fees incurred in preparing and presenting this Motion.

                                                    **BIGGS AND BATTAGLIA**

                                                    /s/ Philip B. Bartoshesky (#2056)
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

## ORDER

The Court having considered Plaintiffs' Motion To Compel the Mall Defendants to Respond to Plaintiffs' Discovery Requests and for Sanctions and having considered any response thereto;

IT IS ORDERED this _____ day of _____, 2006 that:

1. The Motion is Granted;

2. The Mall Defendants serve responses to Plaintiffs' discovery requests by June 2, 2006; and

3. Plaintiffs are awarded counsel fees in the amount of _____.

_____
*The Honorable Joseph J. Farnan, Jr.*

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on May 19, 2006 one true and correct copy of **PLAINTIFFS' MOTION TO COMPEL DEFENDANT MILLS CORPORATION D/B/A DOVER MALL TO RESPOND TO PLAINTIFFS' DISCOVERY REQUEST AND FOR SANCTIONS** was e-filed and forwarded via electronic filing to the following:

Daniel A. Griffith, Esquire
Marshall Dennehy Warner Coleman & Goggin
1220 North Market Street, Suite 500
Wilmington, DE 19801
*Attorney for Defendants City of Dover, Hester and Mutter*

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19801
*Attorney for Defendants SMS Holdings, Corp. and Widener*

Peter C. Hughes, Esquire
Dilworth Paxon, LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
*Attorney for Defendant Dover Mall L.P.*

**BIGGS AND BATTAGLIA**

/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiffs