## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, <br><br>      Plaintiffs, <br><br>v. <br><br>OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 05-252 JJF |

### NOTICE OF SERVICE OF AMENDED RESPONSES OF DEFENDANTS SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES AND DANIEL WIDENER TO PLAINTIFFS' DISCOVERY REQUESTS

**NOW COME** defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener, by and through counsel, and hereby certify that on May 25, 2006, two true and correct copies of the following documents were served upon the following, counsel of record for all parties, by means of first class U.S. Mail, postage prepaid:

**DOCUMENTS:**

Amended Answers of Defendants SMS Holdings Corporation d/b/a Valor Security Services and Daniel Widener to Plaintiffs' Interrogatories (with Verifications thereto)

Amended Response of Defendants SMS Holdings Corporation D/B/A Valor Security Services and Daniel Widener to Plaintiffs' Request for Production

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-0130

Jay E. Kagan, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

**PERRY & SENSOR**

By: /s/ Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No. 3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Defendants SMS and Widener

Dated: May 25, 2006