A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4377**
**Email: dagriffith@mdwcg.com**



May 31, 2006

The Honorable Joseph J. Farnan, Jr.
US District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    Robert & Isa Upchurch v. City of Dover
               Our File No: 20021-00102
               C.A. No: 05-252

Dear Judge Farnan:

    On May 30, 2006, Plaintiff's counsel sent you a letter stating that Defendants Hester, Mutter, and the City of Dover have provided no response to Plaintiff's Motion to Compel filed on May 19, 2006. It is my understanding, through communications with Your Honor's Chambers, that Defendants have until June 5, 2006 to respond to the Motion to Compel and a response will be forthcoming on or before that date. If my understanding is incorrect, a response will be submitted more immediately per the wishes of the Court.

                            Very truly yours,

                            /s/ *Dan Griffith*

                            DAN GRIFFITH, ESQ.

JVW:jvw

cc:    Philip B. Bartoshesky, Esquire
        Victor F. Battaglia, Sr., Esquire