**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
Writer's e-mail: **VictorSr@batlaw.com**

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**
**STEVEN F. MONES**

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

June 1, 2006

**<u>Via Electronic Filing</u>**
The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

   RE: *Upchurch v. Hester, et al.*
      C.A. Number: 05-252 – *Plaintiffs' Motions to Compel*

Dear Judge Farnan:

  We have just received a copy of Mr. Griffith's letter indicating his belief that Defendants have until June 5, 2006 to respond to the Plaintiffs' Motion to Compel which was filed on May 19, 2006. We notified the Court on May 30, 2006 that the Defendants had not responded to the Plaintiffs' Motion because that is the procedure set out in paragraph 5 of the Scheduling Order which was entered December 22, 2005. Pursuant to the Scheduling Order, the answer to a Rule 37 Motion is to be filed within five (5) days of the service the Motion.

  We were unaware that Mr. Griffith apparently contacted the Court's chambers and it appears Mr. Griffith was given the time period for responding to regular motions (i.e., ten days excluding weekends and holidays) rather than the time set forth in paragraph 5 of the Scheduling Order which is specific to discovery disputes.

  I am sure Mr. Griffith has the Court's Scheduling Order in this matter and we see no reason why its clear provisions should not be enforced.

             Respectfully submitted,

             /s/ Victor F. Battaglia (ID# 156)

             Victor F. Battaglia

VFB/fkb

**BIGGS AND BATTAGLIA**

**The Honorable Joseph J. Farnan, Jr.**
**District Court for the State of Delaware**
**June 1, 2006**
**Page 2**

---

Cc:    Daniel A. Griffith, Esquire, *via electronic filing*
        Michael L. Sensor, Esquire, *via electronic filing*
        Peter C. Hughes, Esquire, *via electronic filing*
        Jay E. Kagan, Esquire, *via electronic mail*