## BIGGS AND BATTAGLIA

**ATTORNEYS AT LAW**
**921 NORTH ORANGE STREET**
**P.O. BOX 1489**
**WILMINGTON, DELAWARE 19899**
**(302) 655-9677**
**TELECOPIER (302) 655-7924**
**Writer's e-mail:  VictorSr@batlaw.com**

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

June 7, 2006

**Via Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

>        RE:     *Upchurch v. Hester, et al.*
>                C.A. Number:  05-252 – *Plaintiffs' Motions to Compel*

Dear Judge Farnan:

        On May 19, 2006 the Plaintiffs filed a Motion to Compel Defendants Mutter, Hester and the City of Dover, and Defendants the Mills Corporation, d/b/a Dover Mall to respond to Plaintiffs' discovery requests and for sanctions.

        Pursuant to paragraph 5 of the Scheduling Order, we notified the Court on May 30, 2006 that these Defendants had not responded to Plaintiffs' Motion.  Subsequently we received a copy of a letter from counsel for Defendants Hester, Mutter and the City of Dover, Daniel A. Griffith, Esquire that he had contacted the Court's Chambers and was told he would have until June 5, 2006 to respond to Plaintiffs' Motion to Compel.  June 5 has now come and gone and we have received no response to our Motions to Compel from any of these Defendants and still have not received any responses to our discovery requests.

        I am therefore writing to ask the Court to please consider Plaintiffs' Motions to Compel and for Sanctions.

        Respectfully submitted,

        /s/ Victor F. Battaglia (ID# 156)

        Victor F. Battaglia

VFB/fkb

BIGGS AND BATTAGLIA

**The Honorable Joseph J. Farnan, Jr.**
**District Court for the State of Delaware**
**June 7, 2006**
**Page 2**

Cc:    Daniel A. Griffith, Esquire, *via electronic filing*
       Michael L. Sensor, Esquire, *via electronic filing*
       Peter C. Hughes, Esquire, *via electronic filing*
       Jay E. Kagan, Esquire*, via electronic mail*