IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>                            Plaintiffs,<br><br>                      v.<br><br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br><br>                            Defendants. | C.A. No. 05-252 |

## **DEFENDANT DOVER MALL LIMITED PARTNERSHIP'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**

Defendant, Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall" (hereinafter referred to as "Dover Mall"), through its attorneys, Dilworth Paxson LLP, hereby responds to Plaintiffs' Motion to Compel.

This case arises out of an altercation that occurred between City of Dover Police Officers and the Plaintiff, Robert Upchurch. The altercation began in the common area of the Dover Mall and spilled into the Strawbridges' department store. As a result of this altercation and alleged injuries, Plaintiffs filed this action, alleging civil rights violations and various state tort theories against the Dover Mall, its independent security contractor -- SMS Holdings Corporation d/b/a Valor Security Services ("Valor Security"), Valor Security's head of security -- Daniel Widener, the City of Dover and City Police Officers, Edward K. Hester and Timothy D. Mutter.

648794_1

Upon service of the Complaint, Dover Mall filed a dispositive Motion to Dismiss asserting, based on a number of different legal theories that Plaintiffs failed to state a claim against it upon which relief could be granted. This <u>dispositive</u> Motion has been responded to by the Plaintiffs and is presently pending before the Court. As the Motion to Dismiss filed by Dover Mall is potentially dispositive of <u>all</u> issues relating to it, in the interest of judicial economy and to keep costs down, Dover Mall has delayed in responding to the requested discovery with the anticipation that its Motion will be granted and it will be dismissed from the case.

Dover Mall is also pursuing contractual indemnification from Valor Security. Valor Securtiy is an independent contractor and handles and oversees all aspects of security at the Dover Mall. Pursuant to the Security Contract, Valor Security is required to defend and indemnify Dover Mall for any claims (like this case) that arise out of security and its security operations. Counsel for Dover Mall, Jay E. Kagan, has engaged in numerous telephone conversations with counsel for Valor Security, the most recent one taking place on the morning of June 8, 2006. Counsel for Valor Security is conferring with his client and anticipates making a decision on the defense tender by Dover Mall within the next several days. In light of this anticipated assumption by defense, Dover Mall has attempted to delay in responding to the requested discovery (as well as the instant Motion) in an effort to avoid the cost and expense related thereto.

On the morning on June 8, 2006, the undersigned counsel for Dover Mall, Jay E. Kagan, had a telephone conversation with Victor Battaglia, Sr., counsel for the Plaintiffs, in order to discuss all of these issues and hopefully work out a stipulated agreement regarding the production of the discovery responses in the event that the defense is not assumed by Valor Security. Mr. Battaglia indicated his displeasure with the delay in receiving the discovery

responses and indicated that at this point he would not enter into an agreement regarding Dover Mall's production of discovery responses.

Simultaneous to the filing of this Response to the Motion to Compel and, it appearing that parties will not be able to work out and agreement relating these discovery issues, Dover Mall anticipates filing full and complete responses to the requested interrogatories and requested documents by the close of business on Monday, June 12, 2006.

Dover Mall respectfully suggests that sanctions on Plaintiffs' Motion to Compel are unwarranted and inappropriate as Dover Mall has acted in good faith in attempting to resolve its side issues with Valor Security and is, at this point, prepare to provide full and complete discovery responses without objection by the close of business on Monday, June 12, 2006.

Respectfully submitted,

Dated: June 8. 2006     BY: _____
Jay E. Kagan, Esquire
DILWORTH PAXSON LLP
1735 Marker Street, Suite 3200
Philadelphia, PA 19103
Tel:215-575-7354

Peter C. Hughes, Esquire (DE No. 4180)
DILWORTH PAXSON LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
Tel: 302-571-9800
Fax: 302-571-8875

Attorneys for Defendant Dover Mall Limited Partnership, incorrectly designated as "The Mills Corporation, d/b/a Dover Mall"

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, Dover Mall Limited Partnership's Response to Plaintiffs' Motion to Compel has been forwarded to all counsel on this 8th day of June 2006, via the District Court's electronic filing system and by United States Mail, postage prepaid.

        Victor F. Battaglia, Sr.
        Biggs & Battaglia
        921 North Orange Street
        P.O. Box 1489
        Wilmington, DE 19899
        **ATTORNEY FOR PLAINTIFFS**

        Daniel A. Griffith
        Marshall, Dennehey, Warner, Coleman & Goggin
        1220 N. Market St., Suite 500
        P.O. Box 8888
        Wilmington, DE 19899
        **ATTORNEY FOR DEFENDANTS CITY OF DOVER,**
        **OFFICER EDWARD K. HESTER, AND OFFICER**
        **TIMOTHY D. MUTTER**

        Michael L. Sensor
        Perry & Sensor
        Suite 560, First Federal Plaza
        P.O. Box 1568
        Wilmington, DE 19899
        **ATTORNEY FOR DEFENDANTS SMS HOLDINGS**
        **CORPORATION AND DANIEL WIDENER**

                        /s/ Jay E. Kagan
                        Jay E. Kagan, Esquire
                        Peter C. Hughes, Esquire (DE No. 4180)

648794_1