IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH and     :
ISA UPCHURCH,                  :
                               :
        Plaintiffs,            :
                               :
    v.                         :  Civil Action No. 05-252-JJF
                               :
OFFICER EDWARD K. HESTER,      :
OFFICER TIMOTHY D. MUTTER,     :
CITY OF DOVER, THE MILLS       :
CORPORATION, d/b/a DOVER MALL, :
SMS HOLDINGS CORPORATION d/b/a :
VALOR SECURITY SERVICES, and   :
DANIEL WIDENER,                :
                               :
        Defendants.            :

ORDER

At Wilmington, the __8__ day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Defendant Dover Mall's Motion To Dismiss (D.I. 20) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE