IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, MILLS PROPERTIES, LLC, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br><br>Defendant. | C.A. No. 05-252<br><br>JURY TRIAL DEMANDED |

## NOTICE AND CERTIFICATE OF SERVICE

I, Daniel A. Griffith, hereby certify that on June 8, 2006, a copy of the

ANSWERS TO PLAINTIFFS' INTERROGATORIES ON BEHALF OF DEFENDANTS,

OFFICER HESTER, OFFICER MUTTER AND CITY OF DOVER was served upon the

following counsel of record via electonic filing and First Class Mail:

Philip B. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

Michael L. Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE  19899-1568

                    **MARSHALL, DENNEHEY, WARNER,**
                         **COLEMAN & GOGGIN**

**BY:**    */s/ Daniel A/ Griffith*
          **DANIEL A. GRIFFITH, ESQUIRE**
          **DE ID 4209**
          **1220 North Market St., 5th Floor**
          **P.O. Box 8888**
          **Wilmington, DE  19899-8888**
          *Attorney for Defendants, Officer Hester,*
          *Officer Mutter, and City of Dover*

Date:  June 8, 2006

\15_A\LIAB\DAGRIFFITH\DISC\357651\LAREFNER\20021\00101