## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBERT ANDREW UPCHURCH and
ISA UPCHURCH, his wife,

                                    Plaintiffs,

            v.                                          C.A. No.  05-252

OFFICER EDWARD K. HESTER, in his official
and personal capacity, OFFICER TIMOTHY D.
MUTTER, in his official and personal capacity,
CITY OF DOVER, a political subdivision of Kent
County, Delaware, THE MILLS CORPORATION,
d/b/a DOVER MALL, SMS HOLDINGS
CORPORATION d/b/a VALOR SECURITY
SERVICES, and DANIEL WIDENER,

                                    Defendants.

### NOTICE AND CERTIFICATE OF SERVICE

I, Jay E. Kagan, Esquire, hereby certify that on June 12, 2006, a copy of Defendant,

Dover Mall Limited Partnership's Answer to Plaintiffs' Interrogatories and Responses to

Plaintiffs' First Request for Production of Documents were served upon the following counsel of

record via First Class Mail:

> Victor F. Battaglia, Sr., Esquire
> Philip B. Bartoshesky, Esquire
> Biggs & Battaglia
> 921 North Orange Street
> P.O. Box 1489
> Wilmington, DE 19899
> **ATTORNEY FOR PLAINTIFFS**
>
> Daniel A. Griffith, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 N. Market St., Suite 500
> P.O. Box 8888
> Wilmington, DE 19899

649267_1

**ATTORNEY FOR DEFENDANTS CITY OF
DOVER,
OFFICER EDWARD K. HESTER, AND
OFFICER
TIMOTHY D. MUTTER**

Michael L. Sensor
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899
**ATTORNEY FOR DEFENDANTS SMS
HOLDINGS
CORPORATION AND DANIEL WIDENER**

BY: _____

Jay E. Kagan, Esquire
DILWORTH PAXSON LLP
1735 Marker Street, Suite 3200
Philadelphia, PA 19103
Tel: 215-575-7354

Peter C. Hughes, Esquire (DE No. 4180)
DILWORTH PAXSON LLP
First Federal Plaza
Suite 500
Wilmington, DE  19801
Tel:  302-571-9800
Fax:  302-571-8875

Attorneys for Defendant Dover Mall Limited
Partnership, incorrectly designated as "The Mills
Corporation, d/b/a Dover Mall"

Dated: June 12, 2006