## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | : : : |
| Plaintiffs, | : : : C.A. No. 05-252 |
| v. | : : |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, MILLS PROPERTIES, LLC, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | : : JURY TRIAL DEMANDED : : : : : : : |
| Defendant. | : |

## **NOTICE AND CERTIFICATE OF SERVICE**

I, Daniel A. Griffith, hereby certify that on June 22, 2006, a copy of the

RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

ON BEHALF OF DEFENDANTS, OFFICER HESTER, OFFICER MUTTER AND CITY OF

DOVER and ANSWERS TO PLAINTIFFS' INTERROGATORIES ON BEHALF OF

DEFENDANTS, OFFICER HESTER, OFFICER MUTTER AND CITY OF DOVER was

served upon the following counsel of record via First Class Mail:

Philip B. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

Michael L. Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568

                                **MARSHALL, DENNEHEY, WARNER,**
                                      **COLEMAN & GOGGIN**

**BY:**    /s/ Daniel A. Griffith
          **DANIEL A. GRIFFITH, ESQUIRE**
          **DE ID 4209**
          **1220 North Market St., 5th Floor**
          **P.O. Box 8888**
          **Wilmington, DE  19899-8888**
          *Attorney for Defendants, Officer Hester,*
          *Officer Mutter, and City of Dover*

\15_A\LIAB\DAGRIFFITH\LLPG\360395\BAJOHNSON\20021\00102