IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　　v.<br>OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER,<br>　　　　　　　　　　　　Defendants. | C.A. No. 05-252 JJF |

## SUBSTITUTION OF COUNSEL

Please substitute the appearance of Michael L. Sensor, Esquire for that of Jay Kagan, Esquire and Peter Hughes, Esquire as attorney for defendant Dover Mall Limited Partnership (incorrectly designated as The Mills Corporation d/b/a Dover Mall) in the above-captioned matter. Jay E. Kagan, Esquire and Peter Hughes, Esquire of Dilworth Paxson LLP should be TERMINATED as counsel for Dover Mall Limited Partnership.

| DILWORTH PAXSON, LLP | DILWORTH PAXSON, LLP | PERRY & SENSOR |
|---|---|---|
| Jay Kagan, Esquire<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>Telephone: (215) 575-7000 | Peter Hughes, Esquire<br>Delaware Bar ID No. 4180<br>One Customs House, Suite 500<br>Wilmington, DE 19801<br>Telephone: (302) 571-9800 | /s/ Michael L. Sensor<br>Michael L. Sensor, Esquire<br>Delaware Bar ID No. 3541<br>One Customs House, Suite 560<br>P.O. Box 1568<br>Wilmington, DE 19899-1568<br>Telephone: (302) 655-4482 |

Dated: August 8, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for all parties:

**DOCUMENT:**

Substitution of Counsel

**RECIPIENT:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE 19899-0130

PERRY & SENSOR

By: /s/ Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No. 3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482

Attorney for Defendants Dover Mall Limited Partnership (incorrectly designated as The Mills Corporation d/b/a Dover Mall), SMS Holdings Corporation d/b/a Valor Security Services, and Daniel Widener

Dated: August 8, 2006

Case 1:05-cv-00252-JJF    Document 57    Filed 08/08/2006    Page 3 of 3