IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

## NOTICE OF DEPOSITION

TO: Michael L. Sensor, Esq.
   Perry & Sensor
   One Customs House, Suite 560
   Post Office Box 1568
   Wilmington, Delaware 19899-1568

   Daniel A. Griffith, Esq.
   Marshall, Dennehy, Warner, Coleman & Goggin
   1220 North Market Street, 5th Floor
   Post Office Box 8888
   Wilmington, Delaware 19899-0130

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the following in the offices of the undersigned on September 19, 2006 as set forth:

        10:00 A.M.        Edward K. Hester

        1:00 P.M.        Timothy D. Mutter

        BIGGS AND BATTAGLIA

        /s/ *Philip Bartoshesky* (#2056)
        Philip B. Bartoshesky, Esq.
        921 North Orange Street
        Post Office Box 1489
        Wilmington, Delaware 19899
        Attorneys for Plaintiffs

September 6, 2006