<u>CERTIFICATE OF SERVICE</u>

I, Philip B. Bartoshesky, do hereby certify that on September 6, 2006, I sent one true and correct copy of the foregoing **NOTICE OF DEPOSITION** via electronic filing to the following:

Daniel A. Griffith, Esquire
Marshall Dennehy Warner Coleman & Goggin
1220 North Market Street, Suite 500
Wilmington, DE 19801
*Attorney for Defendants City of Dover, Hester and Mutter*

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19801
*Attorney for Defendants SMS Holdings, Corp. and Widener*

**BIGGS & BATTAGLIA**
<u>/s Philip B. Bartoshesky</u>
Philip B. Bartoshesky (#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Plaintiff

September 6, 2006