IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

## RE-NOTICE OF DEPOSITION

TO: Michael L. Sensor, Esq.
    Perry & Sensor
    One Customs House, Suite 560
    Post Office Box 1568
    Wilmington, Delaware 19899-1568

    Daniel A. Griffith, Esq.
    Marshall, Dennehy, Warner, Coleman & Goggin
    1220 North Market Street, 5th Floor
    Post Office Box 8888
    Wilmington, Delaware 19899-0130

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following in the offices of the undersigned on September 29, 2006 as set forth:

    10:00 A.M.    Edward K. Hester

    1:00 P.M.    Timothy D. Mutter

    BIGGS AND BATTAGLIA

    /s/ *Philip Bartoshesky* (#2056)
Philip B. Bartoshesky, Esq.
921 North Orange Street
Post Office Box 1489
Wilmington, Delaware 19899
Attorneys for Plaintiffs

September 20, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Philip B. Bartoshesky, do hereby certify that on September 20, 2006, I sent one true and correct copy of the foregoing **RE-NOTICE OF DEPOSITION** via electronic filing to the following:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>Marshall Dennehy Warner Coleman & Goggin<br>1220 North Market Street, Suite 500<br>Wilmington, DE 19801<br>*Attorney for Defendants City of Dover, Hester and Mutter* | Michael L. Sensor, Esquire<br>Perry & Sensor<br>Suite 560, First Federal Plaza<br>Wilmington, DE 19801<br>*Attorney for Defendants SMS Holdings, Corp. and Widener* |

                                      BIGGS & BATTAGLIA
                                      <u>*/s Philip B. Bartoshesky*</u>
                                      Philip B. Bartoshesky (#2056)
                                      912 N. Orange Street
                                      P.O. Box 1489
                                      Wilmington, DE 19899
                                      (302) 655-9677
                                      Attorney for Plaintiff

September 20, 2006