# BIGGS AND BATTAGLIA

| | | |
|---|---|---|
| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR.<br>STEVEN F. MONES | ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924<br>Writer's e-mail: VictorSr@batlaw.com | OF COUNSEL<br>JOHN BIGGS III<br>GERARD P. KAVANAUGH, SR.<br>S. BERNARD ABLEMAN |

October 11, 2006

The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      RE:    *Upchurch v. Hester, et al.*
              C.A. Number: 05-252 JJF

Dear Judge Farnan:

I am writing to the Court concerning a recent development in the captioned case which is set for a pre-trial conference on January 11, 2007.

This case concerns an incident which occurred at the Dover Mall in March of 2004 when the Plaintiff was tackled by a Dover Police Officer. Medical records from the next morning indicate a suspected fracture of the left shoulder which was confirmed by Plaintiff's treating Orthopedist, Dr. Glenn D. Rowe. Plaintiff continues to receive treatment for that shoulder injury.

In Plaintiff's initial disclosures the treating physicians were identified but the Defendants did not serve any discovery requests and therefore updated medical records were not produced to the Defendants. We have produced the medical records of Dr. Rowe through 2004.

**BIGGS AND BATTAGLIA**

The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
June 7, 2006
Page 2

---

    The Defendants are now taking the position that because we did not identify an "expert" and provide a report pursuant to Rule 26 and the Scheduling Order, Plaintiff should be barred from producing any evidence on the cause of the shoulder injury.

    While we believe there is a wealth of authority to the effect that a treating physician need not be identified as an expert and reports produced under the requirements of Rule 26 (see eg. 8 <u>Wright & Miller Federal Practice & Procedure</u> § 2031.1 note 6), we are requesting the Court extend the deadlines set in the scheduling order for production of a medical report. All records and the report could be produced in 30 days. At present the case is set for a pre trial conference on January 11, 2007 and Dispositive Motions are to be filed October 20, 2006.

    I have contacted counsel for Defendants and both oppose my request and indicate they will present their position to the Court in writing.

    I thank the Court for consideration of this request.

    Respectfully submitted,

    /s/ *Victor F. Battaglia (#156)*

    Victor F. Battaglia

VFB/ret
Cc: Daniel Griffith, Esquire
    Michael Sensor, Esquire

Inadvertently Mailed First Class Mail on October 11, 2006

**BIGGS AND BATTAGLIA**

The Honorable Joseph J. Farnan, Jr.
District Court for the State of Delaware
June 7, 2006
Page 2