IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-252-JJF : |
| OFFICER EDWARD K. HESTER, in his official capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, MILLS PROPERTIES, LLC, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | : : : : : : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **13th** day of **October, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 9, 2006 at 8:30 a.m.** to update Judge Thynge on the status of the case and its affect on mediation. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE