IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-252-JJF |
| OFFICER EDWARD K. HESTER, OFFICER TIMOTHY D. MUTTER, CITY OF DOVER, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | : |
| Defendants. | : |

**ORDER**

WHEREAS, the parties are currently involved in a dispute concerning expert discovery;

IT IS HEREBY ORDERED that the Scheduling Order (D.I. 17) is amended as follows:

1) The October 20, 2006 case dispositive motion date is extended to a date to be set upon the resolution of the current expert discovery dispute.

October 18, 2006

_____
UNITED STATES DISTRICT JUDGE