IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, : : : Plaintiffs, : : v. : : OFFICER EDWARD K. HESTER, : OFFICER TIMOTHY D. MUTTER, : CITY OF DOVER, THE MILLS : CORPORATION, d/b/a DOVER : MALL, SMS HOLDINGS : CORPORATION d/b/a VALOR : SECURITY SERVICES, and DANIEL : WIDENER, : : Defendants. : | Civil Action No. 05-252-JJF |

**ORDER**

At Wilmington, this 23 day of October 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiffs' request to designate an expert and submit an expert report is **GRANTED** (D.I. 62);

IT IS FURTHER ORDERED that:

1. Plaintiff is permitted to designate Dr. Rowe as an expert witness;

2. Plaintiff is required to produce Plaintiff's medical reports and Dr. Rowe's expert report to all Defendants within 30 days of this date;

3. Mr. Upchurch must submit to a medical examination pursuant to Federal Rule of Civil Procedure 35; and

4. Any medical expert reports to be offered by Defendants are due 45 days after Mr. Upchurch's medical examination.

_____
UNITED STATES DISTRICT JUDGE