# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; MILLS PROPERTIES, LLC, d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-252 JJF |
| Defendants. ) | |

**NOTICE OF PHYSICAL EXAMINATION OF PLAINTIFF ROBERT A. UPCHURCH**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 35 and this Court's Order of October 23, 2006, plaintiff Robert A. Upchurch will be examined by Andrew Gelman, D.O. on behalf of defendants Dover Mall Limited Partnership (improperly designated as "The Mills Corporation, d/b/a Dover Mall"); SMS Holdings Corporation d/b/a Valor Security Services; and Daniel Widener. Said examination shall take place on **Wednesday, December 6, 2006 at 3:30 p.m.** at Orthopedic Specialists, P.A., 1096 Old Churchmans Road, Newark, DE 19713.

PERRY & SENSOR

By: /s/ Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No. 3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Defendants Dover Mall
Limited Partnership, SMS Holdings
Corporation, and Daniel Widener

Dated: November 3, 2006

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on November 3, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for all parties:

**DOCUMENT:**

Notice of Physical Examination of Plaintiff Robert A. Upchurch

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Philip A. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE 19899-0130

              **PERRY & SENSOR**

           By:  /s/ Michael L. Sensor
             Michael L. Sensor, Esquire
             Delaware Bar ID No. 3541
             One Customs House, Suite 560
             P.O. Box 1568
             Wilmington, DE 19899-1568
             Telephone: (302) 655-4482
             Attorney for Defendants Dover Mall
             Limited Partnership, SMS Holdings
             Corporation, and Daniel Widener

Dated: November 3, 2006