## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-252-JJF |
| OFFICER EDWARD K. HESTER, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **17th** day of **November, 2006**,

IT IS ORDERED that the teleconference scheduled for Wednesday, January 17, 2007 at 8:30 a.m. with Judge Thynge to discuss the status of the case, in particular damage issues, and the interest in further mediation has been rescheduled to **Thursday, January 18, 2007 at 8:30 a.m. Daniel A. Griffith, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE