IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; MILLS PROPERTIES, LLC, d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-252 JJF |
| Defendants. ) | |

## NOTICE OF MENTAL EXAMINATION OF PLAINTIFF ROBERT A. UPCHURCH

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 35 and this Court's Order of October 23, 2006, plaintiff Robert A. Upchurch will be examined by Neil S. Kaye, M.D. on behalf of defendants Dover Mall Limited Partnership (improperly designated as "The Mills Corporation, d/b/a Dover Mall"); SMS Holdings Corporation d/b/a Valor Security Services; and Daniel Widener. Said examination shall take place on **Wednesday, January 3, 2007 at 11:20 p.m.** at Dr. Kaye's offices at 5301 Limestone Road, Suite 103, Wilmington, Delaware 19808.

                                                    PERRY & SENSOR

                          By:    /s/ Michael L. Sensor
                                  Michael L. Sensor, Esquire
                                  Delaware Bar ID No. 3541
                                  One Customs House, Suite 560
                                  P.O. Box 1568
                                  Wilmington, DE 19899-1568
                                  Telephone: (302) 655-4482
                                  Attorney for Defendants Dover Mall
                                  Limited Partnership, SMS Holdings
                                  Corporation, and Daniel Widener

Dated: December 7, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for all parties:

**DOCUMENT:**

Notice of Mental Examination of Plaintiff Robert A. Upchurch

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Philip A. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE 19899-0130

                                        **PERRY & SENSOR**

                          By:   /s/ Michael L. Sensor
                                Michael L. Sensor, Esquire
                                Delaware Bar ID No. 3541
                                One Customs House, Suite 560
                                P.O. Box 1568
                                Wilmington, DE 19899-1568
                                Telephone: (302) 655-4482
                                Attorney for Defendants Dover Mall
                                Limited Partnership, SMS Holdings
                                Corporation, and Daniel Widener

Dated: December 7, 2006