IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and<br>ISA UPCHURCH, his wife, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | C. A. No. 05-252 JJF |
| v. | §<br>§ | |
| OFFICER EDWARD K. HESTER, in his official<br>and personal capacity, OFFICER TIMOTHY D.<br>MUTTER, in his official and personal capacity,<br>CITY OF DOVER, a political subdivision of Kent<br>County, Delaware, THE MILLS CORPORATION,<br>d/b/a DOVER MALL, SMS HOLDINGS<br>CORPORATION d/b/a VALOR SECURITY<br>SERVICES, and DANIEL WIDENER, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Jury Trial Demanded |
| Defendant. | § | |

## JOINT MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

The parties, by and through their undersigned counsel hereby jointly request that the

Court reschedule the Pre-Trial Conference in the captioned matter, presently set for January 11,

2007 on the following grounds:

1. By order of October 23, 2006 the Court granted the Plaintiff's Motion to submit an

expert report, and required: (1) Plaintiff to submit a report within thirty days of October 23; (2)

Plaintiff submit to a Defendants' medical examination; (3) Defendants' to produce an expert

report forty-five days after such Defense medical examination.

2. Plaintiffs produced expert reports first from an orthopedist, then a psychiatrist.

Defendants produced a medical report from an orthopedist after an examination. Mr. Upchurch

is presently scheduled to appear for a Defense medical psychiatric examination on Wednesday,

January 3, 2007.

3.  By order of October 18, 2006 the Court amended the scheduling order to extend the October 20, 2006 case dispositive motion date, but a new date has not yet been set.

4.  The parties are presently scheduled for a teleconference with Magistrate Judge Thynge on January 18, 2007 to discuss a possible resolution of this case through another mediation session after all expert reports are submitted.

5.  The parties, therefore, believe that with the above referenced matters still pending, that a Pre-Trial Conference on January 11, 2007 would not be productive and therefore request the Court set a new date for Pre-Trial Conference.

*/s/ Victor F. Battaglia*
Victor F. Battaglia (#156)
Biggs & Battaglia
921 North Orange Street
Wilmington, Delaware 19801
302-655-9677
Attorney for Plaintiffs

*/s/ Michael Sensor*
Michael Sensor (#3541)
Perry & Sensor
First Federal Plaza, Suite 560
Post Office Box 1568
Wilmington, Delaware 19899-1568
302-655-4482
Attorney for Defendants The Mills
Corporation, Valor Security and
Daniel Widener

*/s/ Daniel Griffith*
Daniel Griffith (#4209)
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
Post Office Box 8888
Wilmington, Delaware 19899-8888
Attorney for Defendants Edward K. Hester,
Timothy D. Mutter and the City of Dover