IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,  :  :  : | |
| Plaintiffs,  : | |
| v.  : | Civil Action No. 05-252-JJF |
| OFFICER EDWARD K. HESTER, et al.,  :  : | |
| Defendants.  : | |

## ORDER

At Wilmington this **18th** day of **January, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 6, 2007 at 9:00 a.m.** with Judge Thynge to discuss the status of the case. **Michael L. Sensor, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE