IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | § § § | |
| Plaintiffs, | § § § | C. A. No. 05-252 JJF |
| v. | § § | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity, OFFICER TIMOTHY D. MUTTER, in his official and personal capacity, CITY OF DOVER, a political subdivision of Kent County, Delaware, THE MILLS CORPORATION, d/b/a DOVER MALL, SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES, and DANIEL WIDENER, | § § § § § § § § § § | Jury Trial Demanded |
| Defendant. | § | |

## ORDER

The parties, having filed a Joint Motion to Reopen Discovery with Respect to Plaintiff's Medical Treatments, and

The Court having considered the parties' Joint Motion,

IT IS HEREBY ORDERED this 30 day of January, 2007, that the parties' Joint Motion is granted, and

IT IS FURTHER ORDERED that the Scheduling Order in this matter is amended so as to reopen discovery related to Plaintiff's ongoing medical treatment, including, but not limited to, permitting Defendants to take another deposition of Plaintiff on medical issues and to obtain updated Rule 35 medical examinations of Plaintiff.

_____
United States District Judge