# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 05-252 (JJF)

## NOTICE OF DEPOSITION *DUCES TECUM*

TO:  Victor F. Battaglia, Sr., Esquire            Daniel A. Griffith, Esquire
     Philip B. Bartoshesky, Esquire              Marshall, Dennehey, Warner, Coleman &
     Biggs & Battaglia                            Goggin
     921 North Orange Street                      1220 North Market Street, 5th Floor
     P. O. Box 1489                               P. O. Box 8888
     Wilmington, DE 19899-1489                    Wilmington DE 19899-0130

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Gregory Villabona, M.D. on Wednesday, February 14, 2007 at 1:00 p.m. in the offices of Biggs & Battaglia, 921 N. Orange Street, Wilmington, DE 19801.

***DUCES TECUM:*** Deponent is to bring with him his entire file concerning Robert A. Upchurch, together with any and all documents, writings, or other things (including, without limitation, writings in electronic form, electronic mail messages, and the like) containing any

communication of any manner whatsoever between deponent and plaintiff, and between deponent and plaintiff's attorneys.

**PERRY & SENSOR**

By: /s/  Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No.  3541
      One Customs House, Suite 560
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Defendants SMS Holdings
      Corporation d/b/a Valor Security Services
      and Daniel Widener

Dated: February 2, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Deposition of Robert Andrew Upchurch and Isa Upchurch

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

PERRY & SENSOR

By: /s/   Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No.  3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Defendants SMS Holdings
    Corporation d/b/a Valor Security Services
    and Daniel Widener

Dated: February 2, 2007

cc:   TSG Reporting – via fax to 1-212-207-3311