IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ROBERT ANDREW UPCHURCH and      :
ISA UPCHURCH, his wife,         :
                                :
        Plaintiffs,             :
                                :
    v.                          :   Civil Action No. 05-252-JJF
                                :
OFFICER EDWARD K. HESTER, in    :
his official and personal       :
capacity, OFFICER TIMOTHY D.    :
MUTTER, in his official and     :
personal capacity, CITY OF      :
DOVER, a political              :
subdivision of Kent County,     :
Delaware, THE MILLS             :
CORPORATION d/b/a Dover Mall,   :
SMS HOLDINGS CORPORATION        :
d/b/a Valor Security Services,  :
and DANIEL WIDENER,             :
                                :
        Defendants.             :
```

**ORDER**

WHEREAS, the Court granted the Joint Motion for Extension of Time to Hold a Pretrial Conference (D.I. 72);

WHEREAS, the January 11, 2007 Pretrial Conference was cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, September 6, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall

govern the pretrial conference;

    2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

February 23, 2007

                                       /s/ Joseph J. Farnan, Jr.
                                       UNITED STATES DISTRICT JUDGE