IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife,<br><br>        Plaintiffs,<br><br>v.<br><br>OFFICER EDWARD K. HESTER, et al.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-252-JJF<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington, this **6th** day of **March, 2007.**

A continuation of mediation is scheduled for **August 28, 2007 beginning at 10:30 a.m.** All terms and provisions of the prior mediation order dated February 23, 2006 remain in effect. The parties may supplement their prior mediation statements by providing updated information, such as medical information, in the form of exhibits with an index which shall be due on **Friday, August 17, 2007.**

                                          /s/ Mary Pat Thynge
                                          UNITED STATES MAGISTRATE JUDGE