## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-252 (JJF) |
| Defendants. | )<br>) |

### NOTICE OF CONTINUED DEPOSITION

TO:  Victor F. Battaglia, Sr., Esquire            Daniel A. Griffith, Esquire
     Philip B. Bartoshesky, Esquire              Marshall, Dennehey, Warner, Coleman &
     Biggs & Battaglia                           Goggin
     921 North Orange Street                     1220 North Market Street, 5th Floor
     P. O. Box 1489                              P. O. Box 8888
     Wilmington, DE 19899-1489                   Wilmington DE 19899-0130

**PLEASE TAKE NOTICE** that the undersigned attorney will take the continued oral deposition of plaintiff Robert Andrew Upchurch on Wednesday, April 25, 2007 at 11:00 a.m. in the offices of Biggs & Battaglia, 921 N. Orange Street, Wilmington, DE 19801.

**PERRY & SENSOR**

By:   /s/   Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      One Customs House, Suite 560
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Defendants Dover Mall Limited Partnership (improperly designated as "The Mills Corporation d/b/a Dover Mall"), SMS Holdings Corporation d/b/a Valor Security Services, and Daniel Widener

Dated: April 3, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Continued Deposition of Robert Andrew Upchurch

**RECIPIENTS:**

Victor F. Battaglia, Sr., Esquire
Philip B. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
P. O. Box 1489
Wilmington, DE 19899-1489

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington DE 19899-0130

                                                  **PERRY & SENSOR**

By: /s/   Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No.  3541
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Defendants Dover Mall
       Limited Partnership (improperly designated
       as "The Mills Corporation d/b/a Dover
       Mall"), SMS Holdings Corporation d/b/a
       Valor Security Services, and Daniel
       Widener

Dated:  April 3, 2007

cc:    TSG Reporting – via fax to 1-212-207-3311