**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-252 JJF |
| Defendants. | ) ) |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

**NOW COME** the parties to this action, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate, subject to the approval of the Court, that the above-captioned action may be **DISMISSED WITH PREJUDICE** in its entirety.

| **BIGGS AND BATTAGLIA** | **PERRY & SENSOR** |
|---|---|
| By: /s/ Victor F. Battaglia, Sr.<br>Victor F. Battaglia, Sr., Esquire<br>Delaware Bar ID No. 156<br>By: /s/ Philip B. Bartoshesky<br>Delaware Bar ID No. 2056<br>921 N. Orange Street<br>P.O. Box 1489<br>Wilmington, DE 19899<br>Telephone: (302) 655-9677<br>Attorney for Plaintiffs | By: /s/ Michael L. Sensor<br>Michael L. Sensor, Esquire<br>Delaware Bar ID No. 3541<br>One Customs House, Suite 560<br>P.O. Box 1568<br>Wilmington, DE 19899-1568<br>Telephone: (302) 655-4482<br>Attorney for Defendants The Mills Corporation, SMS Holdings Corp., and Daniel Widener |

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

By:    /s/ Daniel A. Griffith
      Daniel A. Griffith, Esquire
      Delaware Bar ID No. 4209
      1220 North Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899-0130
      Telephone: (302) 552-4317
      Attorney for Defendants Officer Edward K. Hester,
      Officer Timothy D. Mutter, and City of Dover

**IT IS SO ORDERED** this _____ day of _____, 2007.

                                                 _____
                                                 United States District Judge