## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ANDREW UPCHURCH and ISA UPCHURCH, his wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OFFICER EDWARD K. HESTER, in his official and personal capacity; OFFICER TIMOTHY D. MUTTER, in his official and personal capacity; CITY OF DOVER, a political subdivision of Kent County, Delaware; THE MILLS CORPORATION d/b/a DOVER MALL; SMS HOLDINGS CORPORATION d/b/a VALOR SECURITY SERVICES; and DANIEL WIDENER, | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-252 JJF |
| Defendants. | ) | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)

**NOW COME** the parties to this action, by and through counsel, and pursuant to Fed. R. Civ.

P. 41(a)(1), stipulate, subject to the approval of the Court, that the above-captioned action may be

**DISMISSED WITH PREJUDICE** in its entirety.

**BIGGS AND BATTAGLIA**                    **PERRY & SENSOR**

By: __ /s/ Victor F. Battaglia, Sr._____         By:  /s/   Michael L. Sensor_____
    Victor F. Battaglia, Sr., Esquire              Michael L. Sensor, Esquire
    Delaware Bar ID No. 156                    Delaware Bar ID No. 3541
By:  /s/ Philip B. Bartoshesky_____             One Customs House, Suite 560
    Delaware Bar ID No. 2056                   P.O. Box 1568
    921 N. Orange Street                       Wilmington, DE 19899-1568
    P.O. Box 1489                             Telephone: (302) 655-4482
    Wilmington, DE 19899                      Attorney for Defendants The Mills
    Telephone: (302) 655-9677                 Corporation, SMS Holdings Corp.,
    Attorney for Plaintiffs                    and Daniel Widener

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


By: _____/s/ Daniel A. Griffith_____
         Daniel A. Griffith, Esquire
         Delaware Bar ID No. 4209
         1220 North Market Street, 5th Floor
         P.O. Box 8888
         Wilmington, DE 19899-0130
         Telephone: (302) 552-4317
         Attorney for Defendants Officer Edward K. Hester,
         Officer Timothy D. Mutter, and City of Dover


**IT IS SO ORDERED** this __5__ day of _____September_____, 2007.


_____
United States District Judge